**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7409**

———————————

JAMES H. LESTER,

Plaintiff - Appellant,

versus

JERRY WILSON, Sheriff; DENNIS BRIDGEMAN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge. (CA-97-839-R)

———————————

Submitted: December 17, 1998      Decided: January 7, 1999

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James H. Lester, Appellant Pro Se. Phillip Richard Lingafelt, GLENN, FELDMANN, DARBY & GOODLATTE, Roanoke, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Lester appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Lester v. Wilson, No. CA-97-839-R (W.D. Va. Sept. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties under 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp. 1998).

2